UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CLYMORE, an individual; DEBRA HARBIN-CLYMORE, an individual,<br><br>             Plaintiffs.<br><br>     v.<br><br>FEDERAL RAILROAD ADMINISTRATION; CHARLES MARK; and DOES 1 through 10, Inclusive,<br><br>             Defendants. | CASE NO. 1:14-CV-0101 AWI SMS<br><br>ORDER VACATING MAY 19, 2014 HEARING DATE<br><br>ORDER TAKING MOTION UNDER SUBMISSION |

Defendants' motion to dismiss for lack of subject matter jurisdiction has been set for hearing in this case on May 19, 2014. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 19, 2014, is VACATED, and the parties shall not appear at that time. As of May 19, 2014, the Court will take the matter under submission, and the Court will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  May 15, 2014                                    _____
                                                                             SENIOR DISTRICT JUDGE