PANISH SHEA & BOYLE LLP
BRIAN J. PANISH, State Bar No. 116060
DAVID RUDORFER, State Bar No. 254666
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiffs, RICHARD CLYMORE
and DEBRA HARBIN-CLYMORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RICHARD CLYMORE, an individual; DEBRA HARBIN-CLYMORE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL RAILROAD ADMINISTRATION, a Federal Public Entity; CHARLES MARK HAGOOD, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:14-cv-00101 AWI/SMS <br><br> [Hon. Anthony W. Ishii, Courtroom 2] <br><br> **ORDER ON STIPULATION TO WITHDRAW ALLEGATIONS OF NEGLIGENT ENTRUSTMENT FROM COUNT ONE, WITHOUT PREJUDICE, AND WITHDRAW COUNT TWO OF PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE, AND TAKE DEFENDANTS' MOTION TO DISMISS OFF CALENDAR, WITHOUT PREJUDICE** <br><br> Trial Date: None |

The Court has read and considered the foregoing Stipulation.

IT IS HEREBY ORDERED THAT:

1. Plaintiffs withdraw allegations of negligent entrustment by the Federal Railroad Administration from Count One of Plaintiffs' Complaint, without prejudice.

2. Plaintiffs withdraw Count Two of the Plaintiffs' Operative Complaint for Neligent Hiring / Training / Retention / Supervision, without prejudice.

3. The Motion to Dismiss Count Two the Plaintiffs' Operative Complaint for

lack of subject matter jurisdiction, filed by Defendant United States, is taken off calendar, without prejudice.

IT IS SO ORDERED.

Dated:   November 3, 2014                              _____
                                                                          SENIOR DISTRICT JUDGE