# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CLYMORE; AND, DEBRA HARBIN-CLYMORE,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL RAILROAD ADMINISTRATION; CHARLES MARK HAGOOD; AND, THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:14-CV-0101-AWI-SMS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' REQUEST FOR A JURY TRIAL.<br><br>(Doc. No. 8) |

Before the Court in the above-styled and numbered cause of action is Defendants' "Notice of Motion and United States' Motion to Strike Jury Demand," filed April 4, 2014 (Doc. 8). Plaintiffs' complaint seeks damages for negligence under the Federal Tort Claims Act (Doc. 1). Defendant argues, and the Court agrees, that there is no federal right to a jury trial in a case brought under the FTCA. 28 U.S.C. § 2402. Because Plaintiff does not oppose the motion, (*see* Doc. 11), and there is no federal right to a jury trial, the Court will strike Plaintiff's demand pursuant to Rule 39(a)(2). Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Strike (Doc. 8) is **GRANTED**.

IT IS SO ORDERED.

Dated:   **December 3, 2014**          **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28