BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CLYMORE, an individual; DEBRA HARBIN-CLYMORE, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FEDERAL RAILROAD ADMINISTRATION, a Federal Public Entity; CHARLES MARK HAGOOD, an individual; and DOES 1 through 10, Inclusive,<br><br>　　　　　　　　Defendants. | Case No. 1:14-cv-00101 AWI/SMS<br><br>**STIPULATION EXTENDING SCHUDULING DEADLINES; ORDER** |

　　　Plaintiffs, Richard Clymore and Debra Harbin-Clymore ("Plaintiffs"), and Defendant United States ("Defendant"), by and through their undersigned counsel, jointly stipulate by and through the undersigned counsel, to continue the following deadlines in this action as more specifically set forth below.

　　　The parties base this stipulation on good cause as the parties have agreed to participate in a mediation to resolve the matter.  The parties anticipate the mediation be held the first part of October, 2015.  However, if the mediation is unsuccessful, the parties require this brief extension of approximately six weeks, to complete discovery in the case.  Due to the number of depositions to be taken as well as the location of those depositions, the non-expert discovery date currently set cannot be met.  The parties agree to extend certain scheduling deadlines without affecting the pre-trial conference or trial date in this action.

STIPULATION EXTENDING SCHEDULING DEADLINES; [PROPOSED] ORDER　　　　　　　　　1

|  | Old Date | New Date |
|---|---|---|
| Non-Expert Discovery Cutoff: | September 18, 2015 | October 30, 2015 |
| Expert Disclosure: | October 9, 2015 | November 20, 2015 |
| Supplemental Expert Disclosures: | November 6, 2015 | December 18, 2015 |
| Expert Discovery Cut-Off: | February 19, 2016 | April 1, 2016 |
| Non-dispositive Motion Filing: | October 23, 2015 | December 4, 2015 |
| Dispositive Motion Filing: | February 26, 2016 | April 8, 2016 |

For the reasons set forth herein, the parties therefore stipulate and agree to extend the foregoing deadlines as specified above. The parties request the court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: August 13, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

Dated: August 14, 2015

PANISH SHEA & BOYLE LLP

(As authorized 08/14/15)
By: /s/David Rudorder
DAVID RUDORFER
Attorneys for Plaintiffs

## **ORDER**

For good cause showing, IT IS HEREBY ORERED that the deadlines in this matter are ordered as outlined above.

IT IS SO ORDERED.

Dated: **August 20, 2015**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE